# IT IS ORDERED as set forth below:



Date: February 8, 2018

_____
Michele J. Kim
United States Bankruptcy Judge
Southern District of Georgia

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:                              )
                                               )
TIMOTHY BRIAN BOGGS                            )     Chapter 13
PO BOX 676                                     )     Case No. 17-41753-MJK
ALLENHURST, GA 31301                           )
                        Debtor(s)              )
                                               )
                                               )

## ORDER ON CONFIRMATION

After a hearing to consider confirmation of the plan in the above-styled Chapter 13 case it is hereby determined that confirmation is:

[ ] Granted upon condition that:

    [ ] Debtor(s) pay $_____ by _____.

    [ ] Debtor(s) pay $_____ per _____ until _____.

    [ ] Debtor(s) attend(s) next scheduled § 341 Meeting and no timely objection to confirmation is filed thereafter. If an objection is filed, confirmation will be reassigned for hearing.

    [ ] Debtor(s) make(s) all future payments to the Trustee in a timely manner. Upon any default, the Trustee shall file and serve a Notice of Non-compliance. If no request for a hearing is filed within fourteen (14) days of the Notice of Non-compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate.

    [ ] Debtor(s) pay balance of filing fee pursuant to Court Order entered herein.

[X] Continued to April 13, 2018 at 10:30 a.m.

    [ X ] Upon payment of by $1,980.00 to be received by the Trustee's Office no later than February 9, 2018;

    [ X ] Upon payment of by $1,980.00 to be received by the Trustee's Office no later than March 12,

**2018;**

        [  ] Debtor's counsel is ordered to file a modified plan by _____;

        [  ] Debtor's counsel is ordered to file objection (s) to claim(s) by _____;

        [  ] Debtor(s) attend(s) the re- scheduled §341 meeting on _____,
at _____.

[X] <u>Upon condition that Debtor make all payments as set forth above, and resolve all outstanding objections</u>;

[ X ] **Upon the failure of Debtor(s) or Debtor's counsel to strictly comply with the terms of this Order the case may be dismissed without further notice or hearing.**

The Trustee may file and serve a Notice of Non-compliance upon any failure to strictly comply. If no request for hearing is filed within 14 days of the Trustee's Notice of Non-Compliance, the case will be dismissed. <u>*No such request for hearing shall be filed unless the Trustee's notice is factually inaccurate.*</u>

**[END OF DOCUMENT]**

Prepared by:

s/ Carri Johnson, Staff Attorney
Carri Johnson, Staff Attorney
Office of the Chapter 13 Trustee
Georgia Bar No. 301590
P.O. Box 10556
Savannah, GA 31412
(912) 234-5052

Consented to by:

JOHN E PYTTE    590555
912-369-3569
P O BOX 949
HINESVILLE, GA 31310-0949

44
1741753